# 1781—1782.

### CAMBRIDGE.

A piece of paper, given in as a ballot, having the name of a candidate written upon it twice, cannot be severed and counted as two votes.

A PETITION was received, at the May session,[1] from sundry inhabitants of the town of Cambridge, setting forth that Samuel Thatcher, the member returned from that town, was illegally chosen, and praying that his seat might be vacated, and a precept issued to them for a new choice. The petition was referred to a committee,[2] upon whose report, the petitioners were ordered to notify the selectmen and town clerk of Cambridge, to appear on the fourth day of June in the same session, to

[1] The second general court, under the constitution, commenced its session on the last Wednesday in May, 1781, agreeably to the provision of that instrument.
[2] 2 J. H. 9.

show cause, why the seat of Mr. Thatcher should not be vacated.[1]

The petitioners alleged, that Mr. Thatcher was elected by a majority of one vote, and, that among the votes given in, there were two votes in his favor, on one piece of paper, which, when the votes were sorted, were severed by the town clerk and counted.

The parties to question the election, at the time assigned made their appearance on the floor, and after having been heard, withdrew. The question was then put, whether Mr. Thatcher was legally chosen, and passed in the affirmative."[2]

[The only paper, remaining on the files, in this case, is the petition.]